207 F.2d 780
 Leo Cornelius KINNEY,
v.
UNITED STATES of America.
 No. 4732.
 United States Court of Appeals
Tenth Circuit.
 Sept. 12, 1953.
 
 Before PHILLIPS, Chief Judge, and BRATTON and HUXMAN, Circuit Judges.
 PER CURIAM.
 
 
 1
 Docketed and dismissed, on motion of appellee, for failure of appellant diligently to prosecute.
 
 
 2
 Jim Barnett and Carroll Samara, Oklahoma City, Okl., for appellant.
 
 
 3
 Robert E. Shelton, U.S. Atty., and B. Andrew Potter, Asst. U.S. Atty., Oklahoma City, Okl., for appellee.